## Commonwealth, Appellant, *v.* Andes.

Argued December 10, 1973. *Ronald L. Buckwalter,* First Assistant

District Attorney, and *D. Richard Eckman,* District Attorney, submitted a brief for Commonwealth, appellant; *Michael J. Perezous,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

SPAULDING, J., absent.